**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-7589**

_____

UNITED STATES OF AMERICA,

                 Plaintiff - Appellee,

        v.

HENRY CHESTER, a/k/a Zeke,

                 Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Cameron McGowan Currie, District
Judge.  (4:94-cr-00665-CMC-1)

_____

Submitted:  January 18, 2011        Decided:  January 28, 2011

_____

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Henry Chester, Appellant Pro Se.  Alfred William Walker Bethea,
Jr., Assistant United States Attorney, Florence, South Carolina,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry Chester appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3742(a) (2006). Initially, the district court noted that § 3742(a) provides no authority for it to reduce a term of imprisonment. The district court went on to hold that, even if Chester's motion had been brought pursuant to 18 U.S.C. § 3582(c)(2) (2006), he would not be entitled to relief. For the reasons set forth below, we affirm.

Chester sought relief under Amendment 674 to the U.S. Sentencing Guidelines Manual ("USSG"). Under § 3582(c)(2), a district court may modify the term of imprisonment "of a defendant who has been sentenced . . . based on a sentencing range that has subsequently been lowered," if the amendment is listed in the Guidelines as retroactively applicable. 18 U.S.C. § 3582(c)(2). Chester was sentenced in 1995. Amendment 674 did not become effective until November 1, 2004, and does not apply retroactively. See USSG Supp. App. C, Amend. 674 (2010); USSG § 1B1.10(c), p.s. (2010).

Because Chester clearly is not entitled to a reduction based on Amendment 674, we affirm the district court's orders. We dispense with oral argument because the facts and legal

2

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                        <u>AFFIRMED</u>